PATRICK K. FAULKNER, COUNTY COUNSEL
STEPHEN RAAB, Deputy (SBN 180939)
THOMAS F. LYONS, Deputy (SBN 191066)
JENNIFER M. W. VUILLERMET, Deputy (SBN 178676)
3501 Civic Center Drive, Room 303
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorneys for the Defendant County of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIN; ALAN KRISTAL; DAVID HILL; KEITH PEPPER; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: C 05-4609 BZ<br><br>[PROPOSED] ORDER SELECTING ADR PROCESS ADR CERTIFICATION |

Pursuant to the Stipulation, the captioned matter is hereby referred to Mediation.

Deadline for ADR session 90 days from the date of this order.

IT IS SO ORDERED

Dated: February 23, 2006

_____
Judge Bernard Zimmerman

IT IS SO ORDERED

1

Stipulation to Mediation

Case No. C 05-4906 BZ