1   David M. Poore, SBN 192541
    KAHN BROWN & POORE LLP
2   755 Baywood Drive, Suite 185
    Petaluma, California 94954
3   Telephone:     (707) 763-7100
    Facsimile:      (707) 763-7180
4   dpoore@kahnbrownlaw.com

5   Attorneys for Plaintiff
    PETER JOHNSON

6

7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11
    PETER JOHNSON,                              **Case No. C 05-04609-MHP**
12
                    Plaintiff,                  **STIPULATION FOR DISMISSAL AND
13                                              [PROPOSED] ORDER DISMISSING DEFENDANTS
                                                ALAN KRISTAL, DAVID HILL, AND KEITH
14  v.                                          PEPPER WITH PREJUDICE**

15
    COUNTY OF MARIN; ALAN KRISTAL;
16  DAVID HILL; KEITH PEPPER; and DOES 1
    through 50, inclusive,
17
                    Defendants.
18

19          IT IS HEREBY STIPULATED by and between parties to this action through their

20  designated counsel that the above-captioned action be and hereby is dismissed with prejudice, **as

21  to defendants Alan Kristal, David Hill, and Keith Pepper only**, pursuant to FRCP 41 (a) (1).

22  Dated: June 1, 2006                         KAHN BROWN & POORE LLP

23

24                                              _____/s/_____
                                                David M. Poore
25                                              Attorneys for Plaintiff

26

27

28
                                         -1-
    **STIPULATION FOR DISMISSAL**
    **Case No. C 05-4609MHP**

1  Dated: _____, 2006                      MARIN COUNTY COUNSEL

2

3                                                  _____/s/_____
                                                   Stephen Raab
4                                                  Attorneys for Defendant

5
                                                        *     *     *
6

7          IT IS SO ORDERED.

8          The above-captioned action is hereby DISMISSED with prejudice, **as to defendants Alan**

9  **Kristal, David Hill, and Keith Pepper only**, pursuant to FRCP 41 (a) (1).

10  Dated:_____June 2, 2006_____

11

12                                                 _____
                                                   JUDGE                          COURT
13                                                      IT IS SO ORDERED

14

15                                                   Judge Marilyn H. Patel

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 -2-
   **STIPULATION FOR DISMISSAL**
   **Case No. C 05-4609MHP**