1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:   (707) 763-7100
   Facsimile:   (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   PETER JOHNSON
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   PETER JOHNSON,
12                                           Case No. C 05-04609-MHP
             Plaintiff,
13                                           STIPULATION FOR DISMISSAL AND
                                             [PROPOSED] ORDER DISMISSING ENTIRE
14 v.                                        ACTION WITH PREJUDICE

15
   COUNTY OF MARIN; ALAN KRISTAL;
16 DAVID HILL; KEITH PEPPER; and DOES 1
   through 50, inclusive,
17
             Defendants.
18

19      IT IS HEREBY STIPULATED by and between parties to this action through their

20 designated counsel that the entire above-captioned action be and hereby is dismissed with

21 prejudice pursuant to FRCP 41 (a) (1).

22 Dated: June 7, 2006

23                                           KAHN BROWN & POORE LLP

24                                           [signature]

25                                           David M. Poore
                                             Attorneys for Plaintiff
26

27

28

STIPULATION FOR DISMISSAL                   -1-
Case No. C 05-4609MHP

1  Dated: June 8, 2006          MARIN COUNTY COUNSEL

                                _____
                                Stephen Raab
                                Attorneys for Defendant

                                * * *

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41 (a) (1).

Dated: June 16, 2006

**IT IS SO ORDERED**
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION FOR DISMISSAL
Case No. C 05-4609MHP